appeal. Therefore, given a complete lack of precedent supporting Dixon's broad constitutional challenge, we find no merit in his argument on plain error review.

We affirm.

ment on his excessive-force claim. Following de novo review, we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**David TURNER, Plaintiff–Appellant**

v.

**John ROACH, Correctional Officer, Defendant–Appellee.**

No. 13–1077.

United States Court of Appeals, Eighth Circuit.

Submitted: June 25, 2013.

Filed: June 28, 2013.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Missouri inmate David Turner appeals the district court's[1] adverse grant of summary judg-

---

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Cuauthemoc SANCHEZ–LOPEZ, also known as Luis Picon Sanches, Defendant–Appellant.**

No. 13–1690.

United States Court of Appeals, Eighth Circuit.

Submitted: June 26, 2013.

Filed: July 1, 2013.

Jonathan Dean Ross, Assistant U.S. Attorney, U.S. Attorney's Office, Texarkana, AR, for Plaintiff–Appellee.

Morse U. Gist, Jr., Hot Springs, AR, for Defendant–Appellant.

District of Missouri.